IN THE COURT OF APPEALS OF MARYLAND


No. 108


September Term, 2013

MICHAEL MOMENT


v.


STATE OF MARYLAND



Barbera, C.J.,
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

JJ.



PER CURIAM ORDER



Filed: March 24, 2014

MICHAEL MOMENT          *     IN THE

                        *     COURT OF APPEALS

        v.              *     OF MARYLAND

                        *     No. 108

STATE OF MARYLAND       *     September Term, 2013


**PER CURIAM ORDER**


The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 24th day of March, 2014,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby vacated, and the case is remanded to that Court for further review in light of Wood v. State, 436 Md. 276, 81 A.3d 427 (No. 28, September Term, 2013, filed December 19, 2013) and Kennedy v. State,____Md.____, ____ A.3d ____ (No. 51, September Term, 2013, filed February 21, 2014). Costs in this Court to be paid by the Respondent, and costs in the Court of Special Appeals to abide the result.


                            /s/ Mary Ellen Barbera
                                 Chief Judge